IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BOLTON,

    Petitioner,               No. CIV-05-1991 DFL KJM P

    vs.

D.L. RUNNELS

    Respondent.           ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, a request to proceed in forma pauperis and a request for the appointment of counsel.

        Examination of the request to proceed in forma pauperis reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The court requires all petitions for writ of habeas corpus be filed on the proper form for this court.[1] Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the

---

[1] Although petitioner's filing is on a form captioned the "Eastern District of California," the form appears to be outdated.

1

petition. See Rule 2(c), Rules Governing § 2254 Cases. Petitioner has not filed his habeas application on the proper form. Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form. Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information. Petitioner must take care to fill out the form completely and accurately.

With respect to petitioner's request for appointment of counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition;"

4. The Clerk of the Court is directed to send petitioner the form currently used by this court for habeas corpus applications; and

/////

/////

/////

/////

/////

5. Petitioner's September 30, 2005 request for the appointment of counsel is denied.

DATED: November 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
bolt1991.115