IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BOLTON,

        Petitioner,                         No. CIV S-05-1991 DFL KJM P

    vs.

D.L. RUNNELS,

        Respondent.                 ORDER

_____/

       Petitioner once again has requested the appointment of counsel. As previously noted, there currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

/////

/////

/////

1   Accordingly, IT IS HEREBY ORDERED that petitioner's December 22, 2005
2   motion for appointment of counsel is denied without prejudice to a renewal of the motion at a
3   later stage of the proceedings.
4   DATED: January 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
bolt1991.110(2)