IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BOLTON,

        Petitioner,                  No. CIV-S-05-1991 DFL KJM P

    vs.

D.L. RUNNELS,

        Respondent.         <u>ORDER</u>

                              /

        On January 18, 2007 respondent filed a motion to dismiss. Petitioner has not opposed the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Under Federal Rule of Civil Procedure 41(b) the court may dismiss an action if a party fails to comply with a court order.

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition to respondent's January 18, 2007 motion to

/////

/////

1

1 dismiss.  Failure to file an opposition will result in a recommendation that this action be
2 dismissed pursuant to Federal Rule of Civil Procedure 41(b).
3 DATED:  April 24, 2007.

_____
U.S. MAGISTRATE JUDGE

1
bolt1991.46