IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BOLTON,

    Petitioner,                    No. CIV S-05-1991 RRB KJM P

    vs.

D.L. RUNNELS,

    Respondent.                ORDER

                         /

On September 26, 2007, petitioner filed a motion asking for an extension of time to file a motion to amend. Petitioner's request is denied as unnecessary as the court has not set a deadline for the filing of a motion to amend.

DATED: October 2, 2007.

_____
U.S. MAGISTRATE JUDGE

1
mp; bolt1991.mfe