IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BOLTON,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>D.L. RUNNELS, Warden,<br><br>　　　　Respondent. | Case No. 2:05-cv-01991 JKS KJM<br><br><br>ORDER |

　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　On August 27, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

　　　Accordingly, **IT IS HEREBY ORDERED** that:

　　　1. The findings and recommendations filed August 27, 2007, are adopted in full;

　　　2. Respondent's motion at **Docket No. 13** is **GRANTED**;

　　　3. Claims 2-4 appearing in petitioner's December 22, 2005 amended petition for writ of habeas corpus are dismissed;

　　　4. Petitioner's June 4, 2007 request for a stay at **Docket No. 20** is **DENIED**; and

1

5.  Respondent is ordered to file his answer to claim 1 in petitioner's amended application for writ of habeas corpus within twenty days of the date of this order.

Dated this the 2nd day of January 2008.

/s/ James K. Singleton, Jr.<br>**JAMES K. SINGLETON, JR.**<br>United States District Judge

ORDER