IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

WILLIE BOLTON,

    Petitioner,                   No. CIV-S-05-1991 JKS KJM P

    vs.

D. L. RUNNELS,

    Respondent.                ORDER

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner's application is currently submitted to the court for decision. The court requires more information before it can issue findings and recommendations. Accordingly, IT IS HEREBY ORDERED that within twenty days respondent shall lodge the reporter's and clerk's transcript of the trial in Sacramento County case 97 F 1537. See Rule 5, Fed. R. Governing § 2254 Cases.

DATED: August 5, 2008.

_____
U.S. MAGISTRATE JUDGE

1
bolt1991.trn

1